IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>MANUELITA ROMERO,<br><br>              Defendant. | No. CR-F-03-5417 OWW<br><br>ORDER DEEMING LETTER TO BE MOTION FOR REDUCTION OF SENTENCE AND DENYING DEEMED MOTION |

On September 23, 2005, Manuelita Romero sent a letter to the court in which she requests that the court reduce the sentence imposed on her because of her personal and family circumstances and because of the efforts she has made in prison to complete her education.  The court deems Romero's letter to be a motion for reduction of sentence.[1]

Romero pleaded guilty to possession of methamphetamine with

---

[1] Although this action has been transferred to the docket of Judge Oliver Wanger since Romero was sentenced, the court resolves the instant motion because the court sentenced Romero.

1

intent to distribute.  Romero was sentenced on March 14, 2005 to 46 months in custody, 60 months supervised release, and a $10,000 fine.  No appeal was filed.

The court denies Romero's deemed motion for reduction of sentence.  The court has no authority to grant Romero's request. Neither Rule 35, Federal Rules of Criminal Procedure, nor 18 U.S.C. § 3582 authorize a reduction in Romero's sentence for the grounds stated by Romero.

IT IS SO ORDERED.

**Dated:  October 7, 2005**          /s/ Robert E. Coyle
668554                               UNITED STATES DISTRICT JUDGE